*Jackson, ex dem. Cobley*, v. *Valentine.*

WHERE on the last day but one of a circuit,
there appear so many old causes to be tried, that the
judge himself is of opinion that a young issue
could not be brought on, and, from this convic-
tion, so many of the suitors go home, that an un-
expected opportunity offers of trying a cause, the
plaintiff in which had with his witnesses, left the
circuit, the court said, he was not in default, and,
on a motion for judgment as in case of nonsuit, not
only refused the application, but excused from costs
and stipulation.